**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00313-CV

### DR. JANINE CHARBONEAU, D.V.M., Appellant

### V.

### DONALD PAUL ZRINY, ET AL., Appellees

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-04035-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee Collin County

Sheriff's Office's April 3, 2014 motion to dismiss appeal.


/s/      MOLLY FRANCIS
         JUSTICE